# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**CHARLES R. YOUNG**

**CRIMINAL ACTION**

**NUMBER 09-9-JWD-SCR**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

**IT IS ORDERED** that the petitioner's Motion to Reconsider, or Motion to Vacate Pursuant to Rule 60(b), 28 U.S.C. § 2255 is dismissed, with prejudice, as untimely pursuant to Rule 60(c)(1) and 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on December 5, 2014.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**